Commonwealth *v.* Dostellio, Appellant.

Argued June 10, 1970. *Melvyn S. Mantz,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for ap-

pellant; *James D. Crawford,* Deputy District Attorney, with him *Romer Holleran* and *James T. Owens,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.